THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HERBERT KELLEY, Respondent.

Third Department, June 27, 1930.

Order of Chenango County Children's Court dismissing the information and charge against the defendant reversed on the opinion of *People* v. *Kelley* (230 App. Div. 249), decided herewith.

VAN KIRK P. J., HINMAN, WHITMYER, HILL and HASBROUCK, JJ., concur.